Richard E. Ratkiewicz and Herbert E. Wilson, Plaintiffs-Respondents, v. Dennler's Super Market, a Partnership, and Warren O. Denler and Jan Denler, Individually and as Partners of Dennler's Super Market, Defendants-Petitioners.

Gen. No. 65–2. ■

Third District.

April 6, 1965.

Roger V. Pierson, of Princeton, for appellant; McNeilly & Olivero, of Peru, for appellee. Opinion PER CURIAM. Not to be published in full.